UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-8399-MWF(Ex)**                           Date:  December 05, 2023

Title     **Level 12 Productions, LLC v. Salem Media Group, Inc.**

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 5, 2023.  (Docket No. 1).  On October 10, 2023, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant Salem Media Group, Inc. (Docket No. 10).  The parties subsequently filed a Stipulation for Extension of Time to Respond to Initial Complaint.  (Stipulation, Docket No. 11).  The Court granted the parties' request.  (Order, Docket No. 12).  Pursuant to the Stipulation and Order, Defendant's response to the Complaint was due on November 30, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 18, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8399-MWF(Ex)**                          Date:  December 05, 2023

Title        **Level 12 Productions, LLC v. Salem Media Group, Inc.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to
respond to the Order to Show Cause by **DECEMBER 18, 2023** will result in the
dismissal of this action.

        IT IS SO ORDERED.